ORIGINAL

FILED

07 NOV 16 PM 2:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. '07CV 2193 LAB (WMC)

**Class Action**

**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

CR

Defendant Home Depot U.S.A., Inc. ("Home Depot") is a non-governmental corporate party to an action before this Court. Accordingly, pursuant to CivLR 40.2, Home Depot files this "Notice of Party with Financial Interest" and states as follows:

1. Home Depot's parent corporation is The Home Depot, Inc.

2. Home Depot is unaware of any publicly held company that owns 10% or more of Home Depot's stock.

DATED: November 16, 2007

KIRKLAND & ELLIS LLP

By: Mark T. Cramer

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)

Attorneys for Defendant
HOME DEPOT, INC.

# PROOF OF SERVICE

I, Vanjo Lickhalter, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Los Angeles, California 90017.

On November 16, 2007, I served a true copy of the following document(s) described as:

**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the interested parties in this action as follows:

**By Personal or Messenger Service**

By causing the document(s) listed above to be personally served in such envelope by hand to the person at the address(s) set forth below:

Patrick N. Keegan, Esq.
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122

Phone: (858) 552-6750
Fax : (858) 552-6749

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed November 16, 2007, at Los Angeles, California.

Vanjo Lickhalter
Print Name

Signature