# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Stanford<br>Plaintiff<br><br>vs<br><br>Home Depot U.S.A., Inc. et al<br>Defendant | Case Number:07cv2193 LAB (WMc)<br><br>**NOTICE OF NONCOMPLIANCE WITH LOCAL RULE 5.4(a) MANDATORY ELECTRONIC FILING** |

Document Submitted:Certificate of Service of Notice to Adverse Party

Filed by Attorney:Martin T. Cramer

The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

A copy of this notice, along with the CM/ECF registration form has been provided to counsel of record for this party.

****A completed registration form shall be submitted to the Clerk's Office within 5 business days of receipt of this notice.**

Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

Date:11/20/07

W. Samuel Hamrick, Clerk of Court

By,/s/J. Jocson Deputy Clerk