Patrick N. Keegan, Esq. (S.B.N. 167698)
Brent Jex, Esq. (S.B.N. 235261)
KEEGAN & BAKER, LLP
4370 La Jolla Villa Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07 CV-2193 LAB (WMC)<br><br>JUDGE: Honorable Larry A. Burns<br><br>**Class Action**<br><br>**JOINT MOTION FOR AN ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Richard Stanford and Defendant Home Depot U.S.A., Inc. hereby jointly request that this Court issue an Order Extending Defendant's Time to Answer or Otherwise Respond to the Complaint. This Joint Motion is based on the facts set forth below:

Defendant removed this action to this Court on Friday, November 16, 2007, before answering or otherwise responding to the Complaint Plaintiff filed on October 12, 2007, in San Diego Superior Court. Pursuant to Federal Rule of Civil Procedure 81(c), in a removed action such as this where the defendant has not answered, "the defendant shall answer or present the other defenses or objections" within the latest of (1) twenty (20) days after the receipt through service or otherwise of a copy of the initial pleading, (2) twenty (20) days after the service of summons upon such initial pleading, or (3) within five (5) days after the filing of the petition for removal. Fed. R. Civ. P. 81(c). Based on the foregoing, Defendant is required to answer or otherwise respond to the Complaint no later than Tuesday, November 27, 2007, unless the Court grants an extension of time.

On November 16, 2007, Defendant filed an Ex Parte Application for an Order Extending Defendant's Time to Answer or Otherwise Respond to the Complaint. The present motion supersedes Defendant's Ex Parte Application for an Order Extending Defendant's Time to Answer or Otherwise Respond to the Complaint.

On November 20, 2007, counsel for Plaintiff and Defendant met and conferred. Plaintiff's counsel indicated that he is considering filing a Motion to Remand. Based on the foregoing, counsel for Plaintiff and Defendant request that this Court grant an extension of time for Defendant to file an answer or otherwise respond to the Complaint. Counsel jointly propose the following schedule:

1. Plaintiff has thirty (30) days, until Monday, December 17, 2007, to file a Motion to Remand, in accordance with 28 U.S.C. § 1447(c).

2. If Plaintiff does not file a Motion to Remand by December 17, 2007, Defendant will have twenty (20) days thereafter, until Monday, January 7, 2007, to file an answer or otherwise respond to the Complaint.

3. If Plaintiff files a Motion to Remand, Defendant will file an answer or otherwise respond to the Complaint within twenty (20) days after the Court issues a decision regarding Plaintiff's Motion to Remand.

DATED: November 20, 2007

KEEGAN & BAKER, LLP

By: [signature]

Patrick N. Keegan (S.B.N.: 167698)
Brent Jex (S.B.N. 23561)

Attorneys for Plaintiff
Richard Stanford

KIRKLAND & ELLIS LLP

By: [signature]

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)

Attorneys for Defendant
HOME DEPOT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**JOINT MOTION FOR AN ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF Participants:

Patrick N. Keegan, Esq.
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122

Phone: (858) 552-6750
Fax : (858) 552-6749

Executed November 20, 2007, at Los Angeles, California.

/s/ Mark Cramer
Mark Cramer