UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07 CV-2193 LAB (WMC)<br><br>JUDGE: Honorable Larry A. Burns<br><br>**Class Action**<br><br>**ORDER GRANTING AN EXTENSION OF DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[Dkt. No. 6] |

Having considered Plaintiff and Defendant's Joint Motion for an Order Extending Defendant's Time to Answer or Otherwise Respond to the Complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that the parties will comply with the following schedule:

1. Plaintiff has thirty (30) days, until Monday, December 17, 2007, to file a Motion to Remand, in accordance with 28 U.S.C. § 1447(c).

2. If Plaintiff does not file a Motion to Remand by December 17, 2007, Defendant will have twenty (20) days thereafter, until Monday, January 7, 2007, to file an answer or otherwise respond to the Complaint.

3. If Plaintiff files a Motion to Remand, Defendant will file an answer or otherwise respond to the Complaint within twenty (20) days after the Court issues a decision regarding Plaintiff's Motion to Remand.

IT IS SO ORDERED.

DATED: November 26, 2007

HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Vanjo Lickhalter, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Los Angeles, California 90017.

On November 20, 2007, I served a true copy of the following document(s), which was sent to the judge's email address, described as:

**ORDER GRANTING AN EXTENSION OF DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT [PROPOSED]**

on the interested parties in this action as follows:

**By U.S. MAIL:**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

Patrick N. Keegan, Esq.
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed November 20, 2007, at Los Angeles, California.

/s/ Vanjo Lickhalter
Signature