Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situation and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-CV-2193 LAB (WMC)<br><br>**Class Action**<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Vanjo Lickhalter, certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 777 South Figueroa St., Los Angeles, CA 90017.

On November 16, 2007, I caused the following document to be personally served in such envelope by hand-delivery:

(1) A copy of Defendant Home Depot U.S.A., Inc.'s Notice to Adverse Party of Removal to Federal Court dated November 16, 2007 filed in the Superior Court of the State of California for the County of San Diego, Central Division, attached to this Certificate as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2007.

[signature]

Vanjo Lickhalter