# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **DEFENDANT HOME DEPOT U.S.A., INC.'S CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122

Email: pkeegan@kmb-law.com

Executed November 27, 2007, at Los Angeles, California.

*/s/* Mark T. Cramer
Mark T. Cramer