Martin R. Boles (S.B.N. 124159)
mboles@kirkland.com
Mark T. Cramer (S.B.N. 198952)
mcramer@kirkland.com
Linda Bassett (S.B.N. 250279)
lbassett@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07 CV-2193 LAB (WMC)<br><br>**Class Action**<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>HONORABLE LARRY A. BURNS<br>COURTROOM: 9<br>HEARING DATE: March 17, 2008<br>TIME: 10:30 a.m. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 17, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard by the Court, Home Depot U.S.A., Inc. by its counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), will and does hereby move this Court for an order dismissing the claims filed by Plaintiff, Richard Stanford.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Declaration of Mark Cramer, the Compendium of Electronically Published Cases, the pleadings in this action, and any reply papers that may be filed, and upon such other and further evidence and argument as may be properly presented prior to and at the hearing on this motion.

Respectfully submitted,

DATED: January 7, 2008

KIRKLAND & ELLIS LLP

By: [signature]

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)

Attorneys for Defendant
HOME DEPOT, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

I further certify that I have mailed by United States Postal Service and e-mailed the document to the addresses below:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Phone: (858) 552-6750
Fax : (858) 552-6749

Executed January 7, 2008, at Los Angeles, California.

/s/ Mark Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com