Martin R. Boles (S.B.N. 124159)
mboles@kirkland.com
Mark T. Cramer (S.B.N. 198952)
mcramer@kirkland.com
Linda Bassett (S.B.N. 250279)
lbassett@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situation and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-CV-2193 LAB (WMC)<br><br>**Class Action**<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>HONORABLE LARRY A. BURNS<br>COURTROOM: 9<br>HEARING DATE: March 17, 2008<br>TIME: 10:30 a.m. |

# TABLE OF EXHIBITS

Ex. A City of San Diego Development Approval Status Report for 5961 La Jolla Scenic S Drive ..........5

Ex. B Home Depot Special Services Customer Service Invoice for Richard Stanford .......... 6

Ex. C Frequently Asked Questions Section of the City of San Diego, Development Services Website .......... 9

Defendant Home Depot U.S.A, Inc. ("Home Depot") respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following facts and documents, for the reasons set forth below:

1. The City of San Diego Development Services Approval Status Report for 5961 La Jolla Scenic S Drive, for parcel owners Richard Stanford and Doris Tauner, attached as Exhibit A hereto (hereinafter "Stanford Permit Approval Report").

The Stanford Permit Approval Report is relevant to Home Depot's Motion to Dismiss because it demonstrates, contrary to allegations in Plaintiff's First Amended Complaint, that the water heater permit for Plaintiff Richard's Stanford's residence was issued on September 13, 2007.

The Court may take judicial notice of facts "generally known" or "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Documents on file with the city, such as the Stanford Permit Approval Report, are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned" and are therefore proper subjects for judicial notice. *See Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n. 2 (finding documents on file with the City Clerk of the City of Santa Monica proper subjects for judicial notice). The Stanford Permit Approval Report was obtained from Brad Snyder, Plan Review Specialist III for the Building Construction and Safety Department of the City of San Diego. Decl. of Mark Cramer ¶ 2. Its accuracy cannot be reasonably questioned because it is on file with the City of San Diego, and should therefore be judicially noticed.

2. The Home Depot Special Services Customer Invoice for customer Richard Stanford, attached as Exhibit B hereto (hereinafter "Stanford Invoice").

The Stanford Invoice is relevant to Home Depot's concurrently filed Motion to Dismiss because Plaintiff refers to this document as the "receipt and written contract" to support his claim that he was overcharged. *See e.g.*, FAC ¶¶ 8, 9. The Court may consider extrinsic documents, such as a contract or an invoice, when the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document. *Knievel v. ESPN*, 393 F.3d 1069, 1076 (9th Cir. 2005) (explaining the "incorporation by reference" doctrine). Because Plaintiff's claim that he was overcharged by $19 is dependent on the language and calculations in the Stanford Invoice, *see* FAC ¶ 8, this Court may properly take judicial notice of the document.

3. The fact that permits are required for water heater installation in the City of San Diego.

This fact is provided in the "Frequently Asked Questions" section of the City of San Diego, Development Services official website: http://www.sandiego.gov/development-services/industry/permitsfaq.shmtl. A copy of the webpage, as printed on January 7, 2008, by Mark Cramer (Decl. of Mark Cramer at ¶ 4) is attached as Exhibit C hereto (hereinafter "San Diego Development Services FAQ").

The fact that permits are required for water heater installation in the City of San Diego is relevant to Home Depot's concurrently filed Motion to Dismiss to demonstrate that Home Depot did not misrepresent to Plaintiff that a permit was required for the water heater installed at his residence. As stated above, the Court may take judicial notice of facts "generally known" or "capable of accurate and ready

determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Here, the San Diego Services FAQ is readily accessible through the City of San Diego's official website. A city's official website is a source "whose accuracy cannot be reasonably questioned," and therefore the facts therein are proper subjects for judicial notice. *See Santa Monica Food Not Bombs*, 450 F.3d at 1025 n. 2 (judicially noticing permit applications and indemnity agreements available through the City of Santa Monica's official website).

* * * *

For all the reasons stated above, Home Depot respectfully requests that this Court take judicial notice of the documents and facts attached hereto as Exhibits A, B and C.

Respectfully submitted,

DATED: January 7, 2008

KIRKLAND & ELLIS LLP

By: [signature]

Martin R. Boles (S.B.N. 124159)
Mark T. Cramer (S.B.N. 198952)
Linda Bassett (S.B.N. 250279)

Attorneys for Defendant
HOME DEPOT, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

I further certify that I have mailed by United States Postal Service and e-mailed the document to the addresses below:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Phone: (858) 552-6750
Fax : (858) 552-6749

Executed January 7, 2008, at Los Angeles, California.

/s/ Mark Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com