# Approval Status Report

THE CITY OF SAN DIEGO
Development Services
1222 First Avenue, San Diego, CA 92101-4154

12/20/07 2:20 pm
Page 1 of 1

L64A-008

## Project Information

**Project Nbr:** 139475 **Title:** PLUMBING **Job Order:**
**Project Mgr:** Adams, Pearl (619)446-5249 adamsp@sandiego.gov
**Scope;** REMOVE AND REPLACE GAS WATER HEATER**epermit**

## Job Information

**Job:** 5961 LA JOLLA SCENIC S DR **Street Address:** 5961 LA JOLLA SCENIC S DR **Thomas Brothers:** 1247-H2
**APN:** 358-151-0600 **Parcel Owner:** STANFORD RICHARD A&TRAUNER DORIS A F

## Approval Information

Approval Nbr: **4 86078** **Type:**Plumbing Permit **Status:** Issued
**Scope:** REMOVE AND REPLACE GAS WATER HEATER**epermit** **Issue:** 09/13/2007 **Expiration Date:** 09/07/2008

## Inspection Plan for Approval Nbr 4 86078

| Insp | Type / SubType | Status | Inspector / Note | Scheduled | Performed / End | Result | Tier |
|---|---|---|---|---|---|---|---|
| ####### | Combination - Final (2) | Available | Call( 858) 581-7111 to schedule this Inspection | | | | 2 |
| ####### | Combination - Rough Plumbir | Available | Call( 858) 581-7111 to schedule this Inspection | | | | 2 |
| ####### | Combination - Underground P | Available | Call( 858) 581-7111 to schedule this Inspection | | | | 2 |

## Fee Status for Approval Nbr 4 86078

| Fee Type | Qty Needed | Qty Paid | Unit | Invoice Status | Note |
|---|---|---|---|---|---|
| Permit Issuance/No Plans | 1.00 | 1.00 | Each | Paid on 220056 | |
| Travel-Doc-Replac/Remod/Addit | 1.00 | 1.00 | Each | Paid on 220056 | |
| Water Heater | 1.00 | 1.00 | Each | Paid on 220056 | |

**Fee Exceptions:**

**Completion or final of the approval requires the following:**

Not all final inspections are complete and passed.
You have 3 inspections available for scheduling.