# SPECIAL SERVICES CUSTOMER INVOICE

 No. 0680-40821

Store 0680 GENESEE
4255 GENESEE
SAN DIEGO, CA 92117

Phone: (858 ) 277-8910
Contact Center: (858 ) 277-8910
Salesperson: ETE72M
Reviewer:

**REPRINT**

2008-01-07 11:20

**SOLD TO**

| | | | |
|---|---|---|---|
| Name | STANFORD RICHARD | Home Phone | (858) 454-1508 |
| Address | 5961 LA JOLLA SCENIC DR. | Work Phone | (858) 999-9999 |
| | SOUTH | Company Name | |
| City | LA JOLLA | Job Description | WATERHEATER INSTALL |
| State | CA Zip 92037 | County | SAN DIEGO |

## INSTALLATION #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers.

REF #01

ESTIMATED INSTALL BEGIN DATE: 05/29/2007 ESTIMATED INSTALL END DATE: 05/30/2007

**BASIC INSTALLATION LABOR:**

| SKU | DESCRIPTION | QTY | UM | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 133-194 | F/I WATER HEATERS | 1.00 | EA | N | $0.01 | $0.01 |

**OPTIONAL LABOR SELECTED INCLUDES:**

| OPTION | DESCRIPTION | QTY | UM | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 13 | ...50 GL GAS TALL 12YR (SKU# 185-191)/ | 1.00 | EA | N | $698.00 | $698.00 |
| 47 | ...PERMIT FEE AS REQUIRED - (SEE PRICE LIST)/LA JOLLA, LINDA VISTA/ | 1.00 | EA | N | $112.00 | $112.00 |
| 61 | ...SEDIMENT TRAP (DRIP TEE FOR GAS ONLY) *REQUIRED FOR CITY OF SAN DIEGO*/ | 1.00 | EA | N | $25.00 | $25.00 |

INSTALLATION SITE NAME: STANFORD, RICHARD
ADDRESS: 5961 LA JOLLA SCENIC DR., SOUTH
CITY: LA JOLLA STATE: CA ZIP: 92037
COUNTY: SAN DIEGO SALES TAX RATE: 7.750 TAX: Merchandise - N LABOR - N
PHONE: (858) 454-1508 ALTERNATE PHONE: (858) 999-9999
INSTALLER SPECIAL INSTRUCTIONS: INSTALL WILL BE IN GARAGE. THANK YOU

| | |
|---|---|
| INSTALL LABOR CHARGE: | $835.01 |
| TRIP CHARGE: | $0.00 |
| CREDIT FOR DEPOSIT/MEASURE: | $0.00 |
| INSTALL TOTAL DUE: | $816.01 |

NOT VALID FOR MERCHANDISE CARRY-OUT

*** CONTINUED ON NEXT PAGE ***



* Indicates item markdown

Exhibit B
Page 5

## INSTALLATION #1 (Continued)

REF #101

ESTIMATED INSTALL BEGIN DATE: 05/29/2007 ESTIMATED INSTALL END DATE: 05/30/2007

### BASIC INSTALLATION LABOR INCLUDES:

...INSTALLATION PURCHASED BEFORE 2PM MONDAY THRU FRIDAY OR BY 12 NOON SATURDAY WILL BE INSTALLED SAME DAY. INSTALLATIONS PURCHASED AFTER 2PM MONDAY THRU FRIDAY WILL BE INSTALLED THE FOLLOWING DAY, OTHERWISE EMERGENCY FEES WILL APPLY.

...AN EMERGENCY IS ANY INSTALLATION DONE ON THE SAME DAY WHEN THE CUT-OFF TIME PERIOD HAS NOT BEEN MET.

...DELIVERY OF NEW WATER HEATER.

...REMOVAL OF EXISTING UNIT AND HAUL AWAY FOR DISPOSAL (STONE-LINED TANKS EXCLUDED).

...INSTALLATION OF NEW WATER HEATER OF THE SAME SIZE, INSTALLED IN THE SAME UNOBSTRUCTED AREA (NOT TO EXCEED 50 GALLONS) AND RECONNECT TO EXISTING GAS, ELECTRIC, WATER AND VENTING LINES (IF IN COMPLIANCE WITH CURRENT CODES).

...AND UP TO 5' OF DISCHARGE TUBE, GAS AND/OR WATER PIPE TO COMPLETE INSTALL.

...BASIC INSTALL INCLUDES: WATER HEATER, WATER FLEX LINES, GAS WATER LINE, GAS SHUT OFF VALVE, BRASS NIPPLES PIPE INSULATION, COPPER PIPE UP TO 10 FEET AND FITTINGS FOR P & T DRAIN.

...INSTALLER TRAVEL WITHIN 30 MILES OF THE STORE.

...TESTING OF NEW WATER HEATER TO ENSURE PROPER OPERATION - CHECK FOR LEAKS AND IN FULL WORKING ORDER BEFORE INSTALLER LEAVES THE JOBSITE.

...FINAL JOBSITE CLEAN-UP & WALK THROUGH WITH CUSTOMER.

...PERMIT FEE NOT INCLUDED, SEE OPTIONS FOR LIST OF CITIES AND PRICING.

### UNLESS STATED ABOVE THIS INSTALLATION DOES NOT INCLUDE:

...ANY ADDITIONAL PARTS OR LABOR TO BRING THE INSTALLATION UP TO CODE

...INSTALLATION OF NEW WATER HEATER IN DIFFERENT LOCATION THAN EXISTING UNIT

...INSTALLATION OF POWER VENT

...CONVERSION FROM OIL, GAS LP, ELECTRIC

...INSTALLATION OF NEW FLUE VENT OR VENT PIPE CONVERSION TO MEET CODE

### SPECIAL NOTES:

***BEFORE YOUR INSTALLATION***

|

***WHAT DO I NEED TO KNOW ABOUT MY INSTALLATION BEFORE THE INSTALLER ARRIVES***

|

...WATER SERVICE MAY BE INTERRUPTED FOR UP TO TWO HOURS.

...NO WORK WILL BE PERFORMED ON LEGAL HOLIDAYS.

...THE CUSTOMER OR AN ADULT REPRESENTATIVE (OVER THE AGE OF 18) MUST BE PRESENT AT THE TIME OF INSTALLATION.

...CUSTOMER UNDERSTANDS THERE MAY BE ADDITIONAL CHARGES TO

|

***Included in the price of your installed GE SmartWater water heater with 6, 9, or 12 year limited warranty is a Service Protection Plus extended service plan. Each expert installation through The Home Depot of a GE SmartWater water heater with 6 year limited warranty will include a 6 year full in-home warranty on tank, functional parts and labor. Each installation of a GE SmartWater water heater with 9 year limited warranty will include a 9 year full in-home warranty on tank, functional parts, and labor. Each

*** CONTINUED ON NEXT PAGE ***

## INSTALLATION #1
(Continued)

REF #101

ESTIMATED INSTALL BEGIN DATE: 05/29/2007 ESTIMATED INSTALL END DATE: 05/30/2007

BRING EXISTING PLUMBING UP TO CODE AND CAN ONLY BE QUOTED AFTER INSTALLER ARRIVES ON JOB SITE.

...HOME DEPOT INSTALLERS ARE PROHIBITED FROM PERFORMING ANY INSTALLATIONS IN WHICH, IN THE INSTALLERS OPINION WOULD BE UNSAFE OR A VIOLATION OF LOCAL/STATE CODES.

***WHAT DO I NEED TO DO BEFORE INSTALLER ARRIVES?***

...CLEAR AREA AROUND WATER HEATER FROM ANY OBSTRUCTIONS.

...INSTALLATION WILL NOT TAKE PLACE WITHOUT A PERMIT (WHERE REQUIRED)

installation of a GE SmartWater water heater with 12 year limited warranty will include a lifetime full in-home warranty** on tank, functional parts, and labor. Service Protection Plus and SmartWater are trademarks of the General Electric Company. **Lifetime warranty is not transferable.

END OF INSTALL #1

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| | |
|---|---|
| ORDER TOTAL | $816.01 |
| SALES TAX | $0.00 |
| TOTAL | $816.01 |
| AMOUNT PAID | $816.01 |
| BALANCE DUE | $0.00 |

END OF ORDER No. 0680-408218

Exhibit B
Page 7