Martin R. Boles (S.B.N. 124159)
mboles@kirkland.com
Mark T. Cramer (S.B.N. 198952)
mcramer@kirkland.com
Linda Bassett (S.B.N. 250279)
lbassett@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2193 LAB (WMC)<br><br>**Class Action**<br><br>**DECLARATION OF MARK T. CRAMER IN SUPPORT OF HOME DEPOT U.S.A., INC'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>HONORABLE LARRY A. BURNS<br>COURTROOM: 9<br>HEARING DATE: March 17, 2008<br>TIME: 10:30 a.m. |

I, Mark T. Cramer, hereby declare:

1. I am an attorney of law licensed to practice in the State of California. I am a partner with the law firm of Kirkland & Ellis, LLP, counsel to Home Depot U.S.A., Inc. ("Home Depot") in this action. I make this declaration in support of Home Depot's Motion to Dismiss under Rule 12(b)(6).

2. Attached as Exhibit A to the concurrently filed Request for Judicial Notice is a true and correct copy of the City of San Diego Development Services Approval Status Report for 5961 La Jolla Scenic S Drive, for parcel owners Richard Stanford and Doris Tauner (hereinafter "Stanford Permit Approval Report"). The Stanford Permit Approval Report was obtained on December 20, 2007, from Brad Snyder, Plan Review Specialist III for the Building Construction and Safety Department of the City of San Diego.

3. Attached as Exhibit B to the concurrently filed Request for Judicial Notice is a true and correct copy of the Home Depot Special Services Customer Invoice for customer Richard Stanford (hereinafter "Stanford Invoice"). I obtained the Stanford Invoice from Home Depot on January 7, 2008.

4. Attached as Exhibit C to the concurrently filed Request for Judicial Notice is a true and correct copy of the "Frequently Asked Questions" section of the City of San Diego, Development Services official website, available at: http://www.sandiego.gov/development-services/industry/permitsfaq.shmtl. I printed the webpage on January 7, 2008.

5. On October 12, 2007, Plaintiff Richard Stanford filed his Complaint in this action. After communicating with Home Depot and its subcontractor who installed the water heater at Plaintiff's residence, I learned that the water heater permit for Plaintiff's residence was issued on September 13, 2007. I telephoned Plaintiff's counsel, Patrick Keegan, on November 16, 2007, to inform him that, contrary to the allegations in the Complaint, a water heater permit had been applied for by Home Depot's subcontractor, and the permit had been issued on September 13, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 7, 2008 at Los Angeles, California.

MARK T. CRAMER

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**DECLARATION OF MARK T. CRAMER IN SUPPORT OF HOME DEPOT U.S.A., INC'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

I further certify that I have mailed by United States Postal Service and e-mailed the document to the addresses below:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Phone: (858) 552-6750
Fax : (858) 552-6749

Executed January 7, 2008, at Los Angeles, California.

/s/ Mark Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com