Martin R. Boles (S.B.N. 124159)
mboles@kirkland.com
Mark T. Cramer (S.B.N. 198952)
mcramer@kirkland.com
Linda Bassett (S.B.N. 250279)
lbassett@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2193 (LAB)(WMC)<br><br>**Class Action**<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S COMPENDIUM OF ELECTRONICALLY PUBLISHED CASES CITED IN THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>HONORABLE LARRY A. BURNS<br>COURTROOM: 9<br>HEARING DATE: March 17, 2008<br>TIME: 10:30 a.m. |

Defendant Home Depot U.S.A., Inc. submits the following Compendium of Electronically Published Authorities cited to in the Memorandum of Points and Authorities in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6).


**Authorities** **Attachment**

*Richardson v. Am. Home Shield of Tex., Inc.*,
2006 WL 903721, at *7 (S.D. Texas April 7, 2006) .......... 1

*Suzuki v. Hitachi Global Storage Techs., Inc.*,
2007 WL 2070263 (N.D. Cal. 2007) .......... 2


DATED: January 7, 2008

KIRKLAND & ELLIS LLP


*/s/* Mark Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**DEFENDANT HOME DEPOT U.S.A., INC.'S COMPENDIUM OF ELECTRONICALLY PUBLISHED CASES CITED IN THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

I further certify that I have mailed by United States Postal Service and e-mailed the document to the addresses below:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Phone: (858) 552-6750
Fax : (858) 552-6749

Executed January 7, 2008, at Los Angeles, California.

/s/ Mark Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com