Martin R. Boles (S.B.N. 124159)
mboles@kirkland.com
Mark T. Cramer (S.B.N. 198952)
mcramer@kirkland.com
Linda Bassett (S.B.N. 250279)
lbassett@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2193 (LAB)(WMC)<br><br>**Class Action**<br><br>**NOTICE OF APPEARANCE FOR MARTIN R. BOLES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Martin R. Boles of KIRKLAND & ELLIS LLP files this Notice of Appearance in the above-captioned matter on behalf of Home Depot U.S.A., Inc. I was admitted to practice in the United States District Court, Southern District of California on July 6, 1990. I respectfully request to be noticed, copied and distributed on all orders, notices, pleadings and correspondence in this matter.

DATED: February 20, 2008

KIRKLAND & ELLIS LLP

*/s/* Martin R. Boles

Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mboles@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**NOTICE OF APPEARANCE FOR MARTIN R. BOLES**

I further certify that I have caused the above document to be sent via electronic mail to the parties at the email addresses listed below and mailed by United States Postal Service to the address below:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
bjex@ kmb-law.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Phone: (858) 552-6750
Fax : (858) 552-6749

Executed February 20, 2008, at Los Angeles, California.

/s/ Martin R. Boles
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mboles@kirkland.com