Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant.<br>_______________________________________ | Case No. 07-CV-2193 LAB (WMC)<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**DECLARATION OF PATRICK N. KEEGAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I, Patrick N. Keegan, declare as follows:

1. I am an attorney at law duly authorized to practice law in the State of California. I am a member of the law firm of Keegan & Baker, LLP, counsel for Plaintiff Richard Stanford herein. I have personal knowledge of the following facts and if called upon as a witness I could and would competently testify to the matters stated herein.

2. This declaration is made in support of Plaintiff Richard Stanford's opposition to Defendant Home Depot U.S.A., Inc.'s motion to dismiss.

3. On Monday, November 19, 2007, I had a telephone conversation with Mark T. Cramer, Esq., Kirkland & Ellis LLP, counsel of record for Defendant Home Depot U.S.A., Inc. ("Home Depot"), regarding the above-entitled action. During our telephone conversation, I told Mr. Cramer that Plaintiff Richard Stanford had not yet received notice

that a San Diego municipal permit had been issued for the installation of his hot water heater installed in his residence, and therefore no inspection of the installation by the city had occurred. Mr. Cramer stated that he had been told that such a permit had been issued, but that he was unclear as to exactly when. I asked Mr. Cramer to provide me with a copy of any such permit issued and Mr. Cramer told me that he would provide me with a copy. Notwithstanding Mr. Cramer's promise to provide me with a copy of any issued permit, neither I nor my firm nor Plaintiff Richard Stanford ever received a copy of a permit for the installation of Plaintiff's hot water heater installed in his residence until we were served with Home Depot's instant motion.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and this declaration is executed this 3rd day of March, 2008, in San Diego, California.

/s/ Patrick N. Keegan
Patrick N. Keegan, Esq.