Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant. | Case No. 07-CV-2193 LAB (WMC)<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**DECLARATION OF RICHARD STANFORD IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I, Richard Stanford, hereby declare as follows:

1. I am the named plaintiff in the above entitled class action. If called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of my opposition to defendant's motion to dismiss.

3. On May 29, 2007, I went to the Home Depot store located at 4255 Genesee Avenue, San Diego, California (the "store") with the intention of purchasing a hot water heater for my residence. When I was at the store I saw and read Home Depot's two uniformed advertisements for water heaters and their installation posted in the store's aisle for water heaters. Relying on Home Depot's advertisements, and with the expectation that, if I paid for a hot water heater, delivery, installation, and a "permit fee," I would indeed receive both the purchase, delivery and installation of a hot water heater, and any and all required permits relating to the installation of the hot water

heater in my residence, and with the expectation that Home Depot would take all necessary steps to obtain, acquire, prepare, file, apply for, or otherwise caused to be recorded with the city of San Diego, all the required permits relating to the installation of the hot water heater in my residence within a reasonable time. On May 29, 2007, I paid the sum of $835.01 to Home Depot for a bundled package of goods and services that was supposed to include both the purchase, delivery and installation of the hot water heater, and the acquisition of any and all required permits relating to the installation of the hot water heater. Attached hereto as Exhibit 1 is a true and correct copy of the invoice I received from Home Depot as the result of my purchase and payment of $835.01 on May 29, 2007.

4. Attached as Exhibit B to defendant Home Depot's request for judicial notice in support of the motion to dismiss is an alleged "reprint" of my Home Depot invoice, a true and correct copy of which is attached hereto as Exhibit 2. Exhibit 2 does not accurately reflect the amount I paid for the the purchase, delivery and installation of the hot water heater on May 29, 2007, Exhibit 2 is not an invoice I ever received from Home Depot, and Exhibit 2 was not provided to me the date of my purchase on may 29, 2007. Attached as Exhibit 1 is a true and correct copy of the invoice I received from Home Depot on the date of purchase.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and this declaration is executed this ____ day of February, 2008, in San Diego, California.

__________________________________
Richard Stanford