Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant. | Case No. 07-CV-2193 LAB (WMC)<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**PROOF OF SERVICE**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I, **Patrick Keegan**, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named person:

**Martin R. Boles, Esq.**
**Mark T. Cramer, Esq.**
**Linda Bassett, Esq.**
**KIRKLAND & ELLIS LLP**
**777 South Figueroa Street**
**Los Angeles, CA 90017**
**Tel: (213) 680-8400**
**Fax: (213) 680-8500**

I further declare that on the date hereof I served a copy of the following documents:

1. **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6);**

2. **PLAINTIFF'S OBJECTIONS TO DEFENDANT HOME DEPOT U.S.A., INC.'S REQUEST FOR JUDICIAL NOTICE;**

3. **DECLARATION OF PATRICK N. KEEGAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; and**

4. **DECLARATION OF RICHARD STANFORD IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

in the following manner:

☐ **BY MAIL**: This same day and at my business shown above, I placed each for deposit in the United States Postal Service, via First Class Mail, following ordinary business practices.

☐ **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

■ **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth above, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his/her/its name. The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the machine. Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

■ **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

■ (Federal) I declare that I am employed in the office of member of the bar of this court as whose direction the service was made.

DATED: March 3, 2008

s/ Patrick N. Keegan
**Patrick N. Keegan**