Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant.<br>_________________________________ | Case No. 07-CV-2193 LAB (WMC)<br><br>CLASS ACTION<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO AMEND**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

Should the Court grant Defendant Home Depot U.S.A., Inc.'s motion to dismiss, Representative Plaintiff Richard Stanford requests leave to amend the First Amended Complaint. Federal Rule of Civil Procedure 15(a) provides that '"leave shall be freely given when justice so requires."' In the Ninth Circuit, "[t]his policy is 'to be applied with extreme liberality.'" *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (reversing district court's denial of leave to amend); *Foman v. Davis,* 371 U.S. 178, 182 (1962). "[A] district court should grant leave to amend even if no request to amend the pleading was made, unless it determines that the pleading could not possibly be cured by the allegation of other facts." *Lopez v. Smith,* 203 F.3d 1122, 1130 (9th Cir. 2000).

/ / /

/ / /

Dated: March 4, 2008

**KEEGAN & BAKER, LLP**

s/Patrick N. Keegan
Patrick N. Keegan, Esq.
Brent Jex, Esq.

Attorneys for Representative Plaintiff
RICHARD STANFORD