Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant. | Case No. 07-CV-2193 LAB (WMC)<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**DECLARATION OF RICHARD STANFORD IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I, Richard Stanford, hereby declare as follows:

1. I am the named plaintiff in the above entitled class action. If called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of my opposition to defendant's motion to dismiss.

3. On May 29, 2007, I went to the Home Depot store located at 4255 Genesee Avenue, San Diego, California (the "store") with the intention of purchasing a hot water heater for my residence. When I was at the store I saw and read Home Depot's two uniformed advertisements for water heaters and their installation posted in the store's aisle for water heaters. Relying on Home Depot's advertisements, and with the expectation that, if I paid for a hot water heater, delivery, installation, and a "permit fee," I would indeed receive both the purchase, delivery and installation of a hot water heater, and any and all required permits relating to the installation of the hot water

heater in my residence, and with the expectation that Home Depot would take all necessary steps to obtain, acquire, prepare, file, apply for, or otherwise caused to be recorded with the city of San Diego, all the required permits relating to the installation of the hot water heater in my residence within a reasonable time. On May 29, 2007, I paid the sum of $835.01 to Home Depot for a bundled package of goods and services that was supposed to include both the purchase, delivery and installation of the hot water heater, and the acquisition of any and all required permits relating to the installation of the hot water heater. Attached hereto as Exhibit 1 is a true and correct copy of the invoice I received from Home Depot as the result of my purchase and payment of $835.01 on May 29, 2007.

4. Attached as Exhibit B to defendant Home Depot's request for judicial notice in support of the motion to dismiss is an alleged "reprint" of my Home Depot invoice, a true and correct copy of which is attached hereto as Exhibit 2. Exhibit 2 does not accurately reflect the amount I paid for the the purchase, delivery and installation of the hot water heater on May 29, 2007. Exhibit 2 is not an invoice I ever received from Home Depot, and Exhibit 2 was not provided to me on the date of my purchase on May 29, 2007. Attached as Exhibit 1 is a true and correct copy of the invoice I received from Home Depot on the date of purchase.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and this declaration is executed this 29th day of February, 2008, in San Diego, California.

Richard Stanford

# Exhibit A

THE HOME DEPOT 0680
42 GENESEE AVE SAN DIEGO, CA 92117
858-277-8910

SALE 0680 00017 16414 05/29/07
32 ALA992 01:46 PM

3144

CUSTOMER AGREEMENT # 408218

| | |
|---|---|
| RECALL AMOUNT | 835.01 |
| SALES TAX | 0.00 |
| TOTAL | $835.01 |
| [redacted] | 835.01 |
| | TA |

0680 17 16414 05/29/2007 3144

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

CREATE THE ULTIMATE BACKYARD. YOU CAN, AT OUR OUTDOOR LIVING EVENT. VISIT THE HOME DEPOT FROM APRIL 23 - MAY 13
****************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Your Opinion Counts! Complete the brief survey about your store visit and enter for a chance to win at:

www.homedepotopinion.com

¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

¡Su Opinión Cuenta! Complete la breve encuesta sobre su visita a la tienda y tenga la oportunidad de ganar en:

www.homedepotopinion.com

User ID:
33797 33134

Password:
7279 33117

Entries must be entered by 06/28/2007. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

# SPECIAL SERVICES CUSTOMER INVOICE

 **No. 0680-408218**

Notice of Cancellation (see Exhibit A) may be sent to this address:

HOME DEPOT U.S.A., INC.
Store 0680 GENESEE
4255 GENESEE
SAN DIEGO, CA 92117

Phone: (858 ) 277-8910
Contact Center: (858 ) 277-8910
Salesperson: ETE72M
Reviewer:

**VALIDATION AREA**

0680 00017 16414 05/29/07
SALE 32 AL4992 01:46 PM

CUSTOMER AGREEMENT # 408218
RECALL AMOUNT 835.01
SALES TAX 0.00
TOTAL $835.01
XXXXXXXXXXX4000 AMEX 835.01
AUTH CODE 245830/7179113 TA

**This is only a †QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.**

**SOLD TO**

| | | | |
|---|---|---|---|
| Name | STANFORD RICHARD | Home Phone | (858) 454-1508 |
| Address | 5961 LA JOLLA SCENIC DR. | Work Phone | (858) 999-9999 |
| | SOUTH | Company Name | |
| City | LA JOLLA | Job Description | WATERHEATER INSTALL |
| State | CA Zip 92037 | County | SAN DIEGO |

**†QUOTE is valid for this date: 05/29/2007**

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers.

**INSTALLATION #1** REF #I01

**BASIC INSTALLATION LABOR:**

| SKU | DESCRIPTION | QTY | UM | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 133-194 | F/I WATER HEATERS | 1.00 | EA | N | $0.01 | $0.01 |

**OPTIONAL LABOR SELECTED INCLUDES:**

| OPTION | DESCRIPTION | QTY | UM | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 13 | ...50 GL GAS TALL 12YR (SKU# 185-191)/ | 1.00 | EA | N | $698.00 | $698.00 |
| 47 | ...PERMIT FEE AS REQUIRED - (SEE PRICE LIST)/LA JOLLA, LINDA VISTA | 1.00 | EA | N | $112.00 | $112.00 |
| 61 | ...SEDIMENT TRAP (DRIP TEE FOR GAS ONLY) *REQUIRED FOR CITY OF SAN DIEGO*/ | 1.00 | EA | N | $25.00 | $25.00 |

*** CONTINUED ON NEXT PAGE ***

NOT VALID FOR MERCHANDISE CARRY-OUT

For Information Regarding
Your Installation
Please Call
1-877-694-6782
Monday Thru Saturday

PERMIT INSP
858-492-5070

Check your current order status online at
www.homedepot.com/orderstatus



Customer Copy

(0801) 0100431751

## INSTALLATION #1
(Continued)

REF #101

| | | | |
|---|---|---|---|
| INSTALLATION SITE NAME: STANFORD, RICHARD | | INSTALL LABOR CHARGE: | $835.01 |
| ADDRESS: 5961 LA JOLLA SCENIC DR., SOUTH | | TRIP CHARGE: | $0.00 |
| CITY: LA JOLLA | STATE: CA ZIP: 92037 | CREDIT FOR DEPOSIT/MEASURE: | $0.00 |
| COUNTY: SAN DIEGO | SALES TAX RATE: 7.750 TAX: Merchandise - N LABOR - N | INSTALL TOTAL DUE: | $835.01 |

PHONE: (858) 454-1508 ALTERNATE PHONE: (858) 999-9999

INSTALLER SPECIAL INSTRUCTIONS: INSTALL WILL BE IN GARAGE. THANK YOU

### BASIC INSTALLATION LABOR INCLUDES:

...INSTALLATION PURCHASED BEFORE 2PM MONDAY THRU FRIDAY OR BY 12 NOON SATURDAY WILL BE INSTALLED SAME DAY. INSTALLATIONS PURCHASED AFTER 2PM MONDAY THRU FRIDAY WILL BE INSTALLED THE FOLLOWING DAY, OTHERWISE EMERGENCY FEES WILL APPLY.

...AN EMERGENCY IS ANY INSTALLATION DONE ON THE SAME DAY WHEN THE CUT-OFF TIME PERIOD HAS NOT BEEN MET.

...DELIVERY OF NEW WATER HEATER

...REMOVAL OF EXISTING UNIT AND HAUL AWAY FOR DISPOSAL (STONE-LINED TANKS EXCLUDED).

...INSTALLATION OF NEW WATER HEATER OF THE SAME SIZE, INSTALLED IN THE SAME UNOBSTRUCTED AREA (NOT TO EXCEED 50 GALLONS) AND RECONNECT TO EXISTING GAS, ELECTRIC, WATER AND VENTING LINES (IF IN COMPLIANCE WITH CURRENT CODES).

...AND UP TO 5' OF DISCHARGE TUBE, GAS AND/OR WATER PIPE TO COMPLETE INSTALL.

...BASIC INSTALL INCLUDES: WATER HEATER, WATER FLEX LINES, GAS WATER LINE, GAS SHUT OFF VALVE, BRASS NIPPLES PIPE INSULATION, COPPER PIPE UP TO 10 FEET AND FITTINGS FOR P & T DRAIN.

...INSTALLER TRAVEL WITHIN 30 MILES OF THE STORE.

...TESTING OF NEW WATER HEATER TO ENSURE PROPER OPERATION - CHECK FOR LEAKS AND IN FULL WORKING ORDER BEFORE INSTALLER LEAVES THE JOBSITE.

...FINAL JOBSITE CLEAN-UP & WALK THROUGH WITH CUSTOMER.

...PERMIT FEE NOT INCLUDED, SEE OPTIONS FOR LIST OF CITIES AND PRICING.

### UNLESS STATED ABOVE THIS INSTALLATION DOES NOT INCLUDE:

ANY ADDITIONAL PARTS OR LABOR TO BRING THE INSTALLATION UP TO CODE

...INSTALLATION OF NEW WATER HEATER IN DIFFERENT LOCATION THAN EXISTING UNIT

...INSTALLATION OF POWER VENT

...CONVERSION FROM OIL, GAS LP, ELECTRIC

...INSTALLATION OF NEW FLUE VENT OR VENT PIPE CONVERSION TO MEET CODE

### SPECIAL NOTES:

***BEFORE YOUR INSTALLATION***

***WHAT DO I NEED TO KNOW ABOUT MY INSTALLATION BEFORE THE INSTALLER ARRIVES***

***Included in the price of your installed GE SmartWater water heater with 6, 9, or 12 year limited warranty is a Service Protection Plus extended service plan. Each expert

*** CONTINUED ON NEXT PAGE ***

## INSTALLATION #1
(Continued)

REF #101

...WATER SERVICE MAY BE INTERRUPTED FOR UP TO TWO HOURS.
...NO WORK WILL BE PERFORMED ON LEGAL HOLIDAYS.
...THE CUSTOMER OR AN ADULT REPRESENTATIVE (OVER THE AGE OF 18) MUST BE PRESENT AT THE TIME OF INSTALLATION.
...CUSTOMER UNDERSTANDS THERE MAY BE ADDITIONAL CHARGES TO BRING EXISTING PLUMBING UP TO CODE AND CAN ONLY BE QUOTED AFTER INSTALLER ARRIVES ON JOB SITE.
HOME DEPOT INSTALLERS ARE PROHIBITED FROM PERFORMING ANY INSTALLATIONS IN WHICH, IN THE INSTALLERS OPINION WOULD BE UNSAFE OR A VIOLATION OF LOCAL/STATE CODES.

***WHAT DO I NEED TO DO BEFORE INSTALLER ARRIVES?***

...CLEAR AREA AROUND WATER HEATER FROM ANY OBSTRUCTIONS.
...INSTALLATION WILL NOT TAKE PLACE WITHOUT A PERMIT (WHERE REQUIRED)

installation through The Home Depot of a GE SmartWater water heater with 6 year limited warranty will include a 6 year full in-home warranty on tank, functional parts and labor. Each installation of a GE SmartWater water heater with 9 year limited warranty will include a 9 year full in-home warranty on tank, functional parts, and labor. Each installation of a GE SmartWater water heater with 12 year limited warranty will include a lifetime full in-home warranty** on tank, functional parts, and labor. Service Protection Plus and SmartWater are trademarks of the General Electric Company. **Lifetime warranty is not transferable.

END OF INSTALL #1

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| | |
|---|---|
| ORDER TOTAL | $835.01 |
| SALES TAX | $0.00 |
| TOTAL | $835.01 |
| BALANCE DUE | $835.01 |

END OF ORDER No. 0680-408218

No. 0680-408218

# THE HOME DEPOT SPECIAL SERVICES/HOME IMPROVEMENT AGREEMENT (CALIFORNIA)

| | | |
|---|---|---|
| STANFORD RICHARD<br>Customer's Full Name (Last Name, First Name) | 408218<br>Order No. | 0680<br>Store No. |
| 5961 LA JOLLA SCENIC DR.<br>Billing/Mailing Address (For Delivery/Service Address(es) See Attached Invoice.) | LA JOLLA<br>City | |
| SOUTH<br>Billing/Mailing Address (For Delivery/Service Address(es) See Attached Invoice.) | CA<br>State | 92037<br>Zip |
| (858) 999-9999<br>Customer's Daytime Tel. No. — (858) 454-1508<br>Customer's Evening Tel. No. | 05/29/2007<br>Agreement Date | |

CUSTOMER'S INITIALS:________ BY INITIALING, YOU AUTHORIZE DELIVERY OF MERCHANDISE TO SERVICE ADDRESS WITHOUT OBTAINING DELIVERY AGENT'S SIGNATURE, AND AGREE TO INDEMNIFY AND HOLD HOME DEPOT HARMLESS FROM ANY RESULTING CLAIMS.

Payment Schedule: You agree Your payments will become due on the dates indicated below and, if You are paying other than by check or money order, may be automatically charged or debited (as applicable) to Your designated credit card account(s) when due.

| | | |
|---|---|---|
| Payment: | $ 835.01 | **Down Payment - Due in full immediately.** |
| Sales Tax: | $ 0.00 | If applicable. |
| **Contract Price:** | $ 835.01 | Includes all applicable discounts, rebates, and taxes. Excludes finance charges.* |

*Any interest payments or other finance charges will be determined by your separate cardholder or loan agreement, to which Home Depot is NOT a party. Please see this Agreement's General Terms and Conditions for more details as to other charges that may apply.

**Anticipated Delivery / Installation Schedule**

Approximate Delivery Date: N/A

Approximate Start Date: N/A

Approximate Completion Date: N/A

(Schedule Conditioned on Professional Installer's Availability)

The preceding Invoice and the attached Terms and Conditions are expressly made a part of this Agreement.
A notice concerning commercial general liability insurance is attached to this Agreement.
A notice concerning workers' compensation insurance is attached to this Agreement.
You have the right to require Home Depot to post a performance and payment bond, and Home Depot has posted such a bond, as described in the Terms and Conditions.
**You are entitled to a completely filled in copy of this Agreement, signed by both You and Home Depot, before any work may be started.**

Accepted by:

X____________________________________

Customer's Signature Date

**Notice of Cancellation: The law requires that Home Depot give you a notice explaining your right to cancel. Initial the checkbox if Home Depot has given you a "Notice of the Three Day Right to Cancel." (See Exhibit A attached hereto.)** Customer's Initials: ☐

**HOME DEPOT U.S.A., INC.**

California Licenses 602331(B-HOME DEPOT), 785444(B-EXPO)

By:

X____________________________________

Associate Signature Date

Associate's Home Improvement Salesperson Registration Number (if applicable): ____________

The Home Depot Special Services/Home Improvement Agreement (California) - Terms and Conditions

**List of Documents to be Incorporated into the Contract:** "Agreement" means this Agreement between You and Home Depot U.S.A., Inc. which includes the Terms and Conditions, the Invoice referencing this Order Number, and any other documents expressly made a part of the Invoice or this Agreement.

**Additional Definitions:** "Home Depot" means Home Depot U.S.A., Inc., including EXPO Design Center. "Installation" means the installation services specified in this Agreement. "Professional" means an independent contractor authorized by Home Depot (licensed and insured as required by Home Depot and applicable law) and the contractor's employees, agents and subcontractors. "Substantial commencement" means commencement of services at Your service address. "Substantial Completion" means completion of all that portion of work needed for You to make beneficial use of the improvements. "You"/"Your" means the customer identified in this Agreement.

**Description of the Project and Description of the Significant Materials to be Used and Equipment to be Installed:** The material and equipment are described in the Invoice and any attachments thereto.

**Scope:** This Agreement is between You and Home Depot. Under this Agreement, Home Depot does not perform Installation, but arranges for Professional to do so directly or through Professional's specialty subcontractors. Professional, not Home Depot, is responsible for obtaining liability and workers' compensation insurance covering Professional's operations and Professional's employees related to the Installation. Home Depot does not provide, or arrange for, architectural/engineering services or structural changes to dwellings. You will not pay anything to Professional, although Professional may present this Agreement to You for Your review and signature and/or collect Your payment(s) to Home Depot on Home Depot's behalf. Installation will, subject to any Change Order, be completed in substantial conformance with the attached Invoice or Specifications. Failure to substantially commence work within twenty (20) days from the Installation date specified in this Agreement, without lawful excuse, is a violation of the Contractor's License Law.

**Special Order and Custom Made Merchandise:** A description of any special order or custom made merchandise You have purchased appears in the Invoice or Specifications. The approximate delivery date appears on the preceding page. This Agreement's provisions relating to Installation or Professional shall NOT apply to Your purchase of special order or custom made merchandise, unless Home Depot will be arranging for its installation.

**Changes and Change Orders:** Home Depot, at Your request, may arrange for Professional to perform additional work, subject to a Change Order and additional charges payable by You to Home Depot. You may not require Home Depot to perform extra or change order work without providing written authorization prior to the commencement of any work covered by the new change order. Any changes to Installation, i.e., a substitution of materials or an expansion of the scope of the work, will require You and Professional (on Home Depot's behalf) to sign a Change Order that will become part of this Agreement. Change Orders shall be clear in scope and specify any additional payment(s) and/or changes in anticipated completion dates. However, Home Depot's failure to comply with these Change Order requirements does not preclude the recovery of compensation for work performed based upon legal or equitable remedies designed to prevent unjust enrichment. Home Depot may immediately ask for a Change Order, discontinue Installation, or terminate this Agreement without further obligation to You, following discovery of previously undisclosed/ unidentified legal encumbrances on Your premises, building/zoning code violations, or hidden/unforeseen physical or environmental hazards such as the presence of underground or overhead utility lines, rocks, roots, buried debris, mold, asbestos, lead paint, or any conditions differing from what You represented.

**Note about Extra Work and Change Orders:** Extra Work and Change Orders become part of this Agreement once the order is prepared in writing and signed by the parties prior to the commencement of any work covered by the new change order. The order must describe the scope of the extra work or change, the cost to be added or subtracted from the contract, and the effect the order will have on the schedule of progress payments.

**Professional's Responsibilities:** Professional will complete Installation in a workmanlike manner. Professional will not start, perform, alter, or finish Installation except in accordance with applicable law. Professional will either not start, or will immediately discontinue Installation upon discovery of unforeseen hazardous conditions at Your service address. Neither Home Depot nor Professional will attempt to remediate such conditions. Neither Home Depot nor Professional are responsible for identifying property lines, easements, covenants, or other legal encumbrances to which Your service address is subject. Neither Home Depot nor Professional will modify security systems to accommodate Installation. Professional will obtain required permits and provide permit numbers if required.

**Your Additional Responsibilities:** You agree to pay Home Depot according to the terms and conditions of this Agreement. If Your service address is subject to any easements, covenants, or other legal encumbrances that could affect Installation, You agree to let Home Depot or Professional know about them before Installation. You agree to facilitate the location of utility lines. You are responsible for identifying property lines. You agree to ensure that work areas are free of preexisting physical or environmental hazards, and building/zoning code violations. You agree to provide Professional access to work areas during working hours and provide access to sanitary facilities or pay the facilities' rental costs. You agree to ensure any security system You have will not interfere with Installation. You agree to provide power to, and, as applicable, climate control in, work areas. You agree not to allow unattended minors at Your service address while Professional is present. You agree to control and keep pets away from work areas. You agree to keep posted permits on display at all times. You agree that if You or anyone You control interferes with or delays Installation, You may be subject to transportation/storage charges or other resulting charges. You agree not to assign or transfer this Agreement. YOU ASSUME THE RISK AND THE FULL LIABILITY OF PHYSICALLY ASSISTING WITH DELIVERY OF MATERIALS OR WITH INSTALLATION.

**Credit Card or Financed Transactions:** Your separate cardholder agreement (to which Home Depot is NOT a party) will determine the total cost of Your purchase if by credit card, including any initial payment/deposit You may make and all interest charges and fees, You will be further subject to Your cardholder agreement's terms and conditions. If You are financing this transaction in whole or in part, Your separate loan agreement (to which Home Depot is NOT a party) will determine: (i) the amount financed (the amount of credit provided to You); (ii) the associated finance charges (the dollar amount the loan cost You); and (iii) the total payment (the amount You will have paid when You have made all scheduled payments). You will be further subject to Your loan agreement's terms and conditions.

**Excusable Delay:** Neither Home Depot nor Professional is responsible for start/finish delays resulting from events beyond their control including, but not limited to, Change Orders, acts of nature, governmental actions, manufacturing/delivery delays or damage to merchandise caused by third parties, labor strikes/unrest, Your credit/financing, any incorrect information You provide, legal encumbrances on Your property, Your property's nonconformance with zoning requirements or building code requirements, hidden/unforeseen physical/hazardous conditions (including, but not limited to, environmental hazards such as mold, asbestos and lead paint) at Your service address, or Your noncompliance with this Agreement. The Home Depot reserves the right to terminate this Agreement and/or require Professional to discontinue Installation given any of the foregoing conditions.

**Acceptance and Authorizations:** By signing this Agreement, You authorize Home Depot to (a) arrange for Professional to perform Installation and/or (b) order and arrange for the delivery of special order merchandise, including special order merchandise that may be custom made, as specified in this Agreement. You understand this Agreement constitutes the entire understanding between You and Home Depot and may only be amended by a Change Order signed by You and Home Depot (or by Professional or its authorized representative on Home Depot's behalf). This Agreement expressly supersedes all prior written or verbal agreements or representations made by Home Depot, Professional, You, or anyone else. Except as set forth in this Agreement, You agree there are no oral or written representations or inducements, express or implied, in any way conditioning this Agreement, and You expressly disclaim their existence. Do not sign if blank or incomplete. By signing, You acknowledge that You have read, understand, and accept this Agreement in its entirety. You further acknowledge receiving a complete copy. Keep it to protect Your legal rights.

**Termination:** You may terminate this Agreement at any time after providing Home Depot with ten (10) or more business days' advance written notice. If You breach this Agreement or decline a reasonable Change Order request, Home Depot may immediately terminate the Agreement without further obligation to You. In either event, You agree to pay Home Depot the costs of merchandise, materials, labor, and other services provided by Home Depot and/or Professional through the date/time of termination, plus any other amounts allowed under applicable law.

**Returns:** A 15% restocking fee applies to the return of regular special orders, i.e., special order merchandise that is not custom made. Special orders that are custom made, i.e., uniquely altered, color-matched, shaped, sized, or otherwise uniquely designed or fitted to accommodate the requirements of a particular space or environment (some examples are cabinetry, countertops, floor and wall coverings, and window treatments) are non-returnable. Exceptions: Cancellations made by midnight on the third business day after the date of Your purchase; merchandise incorrectly ordered by Home Depot or by Professional; or merchandise damaged beyond repair in delivery or by Professional. Unless otherwise specified in this Agreement, all returns must be made within Home Depot's posted time frame.

**Claims:** Any claim by You against Home Depot or Professional related to or arising under this Agreement must be made in writing within thirty (30) calendar days after the date You first become aware of a fact supporting such a claim. The prevailing party in any legal action brought under this Agreement will not be entitled to attorney's fees and costs.

**Mediation (EXPO Design Center Sales):** If the total amount of the sale equals or exceeds $7,500.00, You and EXPO agree, before taking legal action, to participate, if requested, in non-binding mediation (typically taking about half a business day) using a professional mediation service acceptable to You and EXPO. EXPO will pay for the mediation service.

**LIMITED WARRANTY: HOME DEPOT WARRANTS THE WORKMANSHIP OF THE INSTALLATION FOR A PERIOD OF ONE (1) YEAR FROM ITS COMPLETION DATE. PROVIDED YOU MAKE A CLAIM OF DEFECT TO HOME DEPOT DURING THE WARRANTY PERIOD, HOME DEPOT WILL ARRANGE FOR REPAIR AT NO CHARGE TO YOU OF ANY DEFECTS DUE TO FAULTY WORKMANSHIP. HOME DEPOT'S WARRANTY DOES NOT COVER DAMAGE CAUSED BY ABUSE, MISUSE, NEGLECT, OR IMPROPER CARE/CLEANING. MERCHANDISE AND MATERIALS ARE COVERED EXCLUSIVELY BY THE MANUFACTURER'S WARRANTY, IF ANY. (HOME DEPOT WILL ASSIST YOU WITH WARRANTY CLAIMS AGAINST MANUFACTURERS.) SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.**

**WAIVER OF CERTAIN DAMAGES: YOU AND HOME DEPOT HEREBY WAIVE ANY CLAIM AGAINST EACH OTHER FOR LOST USE, LOST PROFIT, LOST REVENUE, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE INSTALLATION, THE MATERIALS OR SERVICES OF HOME DEPOT OR OF PROFESSIONAL, OR THIS AGREEMENT (BUT EXCLUDING WAIVER OF ANY CLAIMS FOR INJURY TO PERSONS). SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.**

**Questions or Concerns?** You should be communicating with Professional and/or Your store regarding routine matters such as scheduling, changes to Your order or Installation, or any initial concerns about Your order or the service You are receiving. If this Agreement covers an Installation, first contact Professional. Your store should be able to assist if You have any difficulty contacting Professional. If Professional and Your store are unable to answer Your questions or You still have concerns, Home Depot Customer Care stands ready to assist You at 1-800-553-3199 or care of the store address identified on the Invoice.

## NOTICE TO OWNER (as required by California law)

Information about the Contractors' State License Board (CSLB): CSLB is the state consumer protection agency that licenses and regulates construction contractors.

Contact CSLB for Information about the licensed contractor you are considering, including information about disclosable complaints, disciplinary actions and civil judgments that are reported to CSLB.

Use only licensed contractors. If you file a complaint against a licensed contractor within the legal deadline (usually four years), CSLB has authority to investigate the complaint. If you use an unlicensed contractor, CSLB may not be able to resolve your complaint. Your only remedy may be in civil court and you may be liable for damages arising out of any injuries to the unlicensed contractor or the unlicensed contractor's employees.

For more information:
Visit CSLB's Website at www.cslb.ca.gov
Call CSLB at 800-321-CSLB (2752)
Write CSLB at P.O. Box 26000, Sacramento, CA 95826

MECHANICS' LIEN WARNING (as required by California law): Anyone who helps improve your property, but who is not paid, may record what is called a mechanics' lien on your property. A mechanics' lien is a claim, like a mortgage or home equity loan, made against your property and recorded with the county recorder. Even if you pay your contractor in full, unpaid subcontractors, suppliers, and laborers who helped to improve your property may record mechanics' liens and sue you in court to foreclose the lien. If a court finds the lien is valid, you could be forced to pay twice or have a court officer sell your home to pay the lien. Liens can also affect your credit. To preserve their right to record a lien, each subcontractor and material supplier must provide you with a document called a "20-day Preliminary Notice." This notice is not a lien. The purpose of the notice is to let you know that the person who sends you the notice has the right to record a lien on your property if he or she is not paid.

BE CAREFUL. The Preliminary Notice can be sent up to 20 days after the subcontractor starts work or the supplier provides material. This can be a big problem if you pay your contractor before you have received the Preliminary Notices. You will not get Preliminary Notices from your prime contractor or from laborers who work on your project. The law assumes that you already know they are improving your property.

PROTECT YOURSELF FROM LIENS. You can protect yourself from liens by getting a list from your contractor of all the subcontractors and material suppliers that work on your project. Find out from your contractor when these subcontractors started work and when these suppliers delivered goods or materials. Then wait 20 days, paying attention to the Preliminary Notices you receive.

PAY WITH JOINT CHECKS. One way to protect yourself is to pay with a joint check. When your contractor tells you it is time to pay for the work of a subcontractor or supplier who has provided you with a Preliminary Notice, write a joint check payable to both the contractor and the subcontractor or material supplier. For other ways to prevent liens, visit CSLB's Web site at www.cslb.ca.gov or call CSLB at 800-321-CSLB (2752).

REMEMBER, IF YOU DO NOTHING, YOU RISK HAVING A LIEN PLACED ON YOUR HOME. This can mean that you may have to pay twice, or face the forced sale of your home to pay what you owe.

LIEN RELEASES: Upon satisfactory payment being made for any portion of the work performed, Home Depot shall, prior to any further payment being made, furnish to the person contracting for the home improvement work a full and unconditional release from any claim or mechanic's lien pursuant to Section 3114 of the Civil Code for that portion of the work for which payment has been made.

**PERFORMANCE AND PAYMENT BOND: You have an unconditional right to require a performance and payment bond from Your contractor. Home Depot has procured Blanket Performance and Payment Bond No. K06855271. The Surety is Westchester Fire Insurance Company, 500 Colonial Center Parkway, Suite 200, Roswell, GA 30076. Home Depot has furnished the CSLB with evidence of a blanket performance and payment bond in favor of home improvement contract customers, and the transaction reflected in this Agreement is subject to this blanket performance and payment bond. At all times during the performance of work under this Agreement, Home Depot will maintain in effect such bond, or a similar replacement bond, in an amount sufficient to cover the work to be performed under this Agreement. This bond entitles Home Depot to require full payment prior to the start date of Installation.**

## INSURANCE DISCLOSURES (as required by California law)

COMMERCIAL GENERAL LIABILITY INSURANCE (CGL): Home Depot carries Commercial General Liability Insurance, written through Marsh USA Inc. You may call Marsh USA Inc. at 1-800-365-7335 to check Home Depot's insurance coverage.

WORKERS' COMPENSATION INSURANCE: Home Depot carries workers' compensation insurance for all employees of Home Depot.

For more information about Commercial General Liability Insurance and Workers' Compensation Insurance, contact the Contractors' State License Board at www.cslb.ca.gov or call 800-321-CSLB (2752).

| STANFORD, RICHARD | 408218 | 0680 |
|---|---|---|
| Customer's Full Name (Last Name, First Name) | Order No. | Store No. |

## EXHIBIT A
### Cancellation Right - Customer / Home Depot Copy

<u>THREE-DAY RIGHT TO CANCEL:</u> You, the buyer, have the right to cancel this transaction without any penalty or obligation, within three business days. You may cancel by e-mailing, mailing, faxing, or delivering a written notice to Home Depot at the store address specified on the Invoice by midnight of the third business day after you received a signed and dated copy of this Agreement that includes this notice. Include your name, your address, and the date you received the signed copy of this Agreement and this notice.

If you cancel, Home Depot must return to you anything you paid within 10 days of receiving the notice of cancellation. For your part, you must make available to Home Depot at your residence, in substantially as good condition as you received it, any goods delivered to you under this Agreement. Or, you may, if you wish, comply with Home Depot's instructions on how to return the goods at Home Depot's expense and risk. If you do make the goods available to Home Depot and Home Depot does not pick them up within 20 days of the date of your notice of cancellation, you may keep them without any further obligation. If you fail to make the goods available to Home Depot, or if you agree to return the goods to Home Depot and fail to do so, then you remain liable for performance of all obligations under this Agreement.

---

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice, or any other written notice, or send a telegram, to Home Depot at the store address specified in the Invoice not later than midnight of the third business day after you received the signed and dated copy of this Agreement.

---

## NOTICE OF CANCELLATION

____________________
(Date)

I hereby cancel this transaction. ☐

____________________ (Buyer's signature)
____________________ (Buyer's name)
____________________ (Buyer's address)
____________________
____________________
____________________ (Date of Agreement)

| STANFORD, RICHARD | 408218 | 0680 |
|---|---|---|
| Customer's Full Name (Last Name, First Name) | Order No. | Store No. |

EXHIBIT A

Cancellation Right - Customer / Home Depot Copy

THREE-DAY RIGHT TO CANCEL: You, the buyer, have the right to cancel this transaction without any penalty or obligation, within three business days. You may cancel by e-mailing, mailing, faxing, or delivering a written notice to Home Depot at the store address specified on the Invoice by midnight of the third business day after you received a signed and dated copy of this Agreement that includes this notice. Include your name, your address, and the date you received the signed copy of this Agreement and this notice.

If you cancel, Home Depot must return to you anything you paid within 10 days of receiving the notice of cancellation. For your part, you must make available to Home Depot at your residence, in substantially as good condition as you received it, any goods delivered to you under this Agreement. Or, you may, if you wish, comply with Home Depot's instructions on how to return the goods at Home Depot's expense and risk. If you do make the goods available to Home Depot and Home Depot does not pick them up within 20 days of the date of your notice of cancellation, you may keep them without any further obligation. If you fail to make the goods available to Home Depot, or if you agree to return the goods to Home Depot and fail to do so, then you remain liable for performance of all obligations under this Agreement.

---

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice, or any other written notice, or send a telegram, to Home Depot at the store address specified in the Invoice not later than midnight of the third business day after you received the signed and dated copy of this Agreement.

---

## NOTICE OF CANCELLATION

____________________
(Date)

I hereby cancel this transaction. [ ]

____________________ (Buyer's signature)
____________________ (Buyer's name)
____________________ (Buyer's address)
____________________
____________________
____________________ (Date of Agreement)

# Exhibit B

# SPECIAL SERVICES CUSTOMER INVOICE

Page 1 of 3 **No. 0680-40821**

Store 0680 GENESEE
4255 GENESEE
SAN DIEGO, CA 92117

Phone: (858 ) 277-8910
Contact Center: (858 ) 277-8910
Salesperson: ETE72M
Reviewer:

**REPRINT**

2008-01-07 11:20

SOLD TO

| | | | |
|---|---|---|---|
| Name | STANFORD RICHARD | Home Phone | (858) 454-1508 |
| Address | 5961 LA JOLLA SCENIC DR. | Work Phone | (858) 999-9999 |
| | SOUTH | Company Name | |
| City | LA JOLLA | Job Description | WATERHEATER INSTALL |
| State | CA Zip 92037 | County | SAN DIEGO |

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers.

INSTALLATION #1

REF #01

ESTIMATED INSTALL BEGIN DATE: 05/29/2007 ESTIMATED INSTALL END DATE: 05/30/2007

BASIC INSTALLATION LABOR:

| SKU | DESCRIPTION | QTY | U/M | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 133-194 | F/I WATER HEATERS | 1.00 | EA | N | $0.01 | $0.01 |

OPTIONAL LABOR SELECTED INCLUDES:

| OPTION | DESCRIPTION | QTY | U/M | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 13 | ...50 GL GAS TALL 12YR (SKU# 185-191)/ | 1.00 | EA | N | $698.00 | $698.00 |
| 47 | ...PERMIT FEE AS REQUIRED - (SEE PRICE LIST)/LA JOLLA, LINDA VISTA | 1.00 | EA | N | $112.00 | $112.00 |
| 61 | ...SEDIMENT TRAP (DRIP TEE FOR GAS ONLY) *REQUIRED FOR CITY OF SAN DIEGO*/ | 1.00 | EA | N | $25.00 | $25.00 |

| | | | |
|---|---|---|---|
| INSTALLATION SITE NAME: STANFORD, RICHARD | | INSTALL LABOR CHARGE: | $835.01 |
| ADDRESS: 5961 LA JOLLA SCENIC DR., SOUTH | | TRIP CHARGE: | $0.00 |
| CITY: LA JOLLA | STATE: CA ZIP: 92037 | CREDIT FOR DEPOSIT/MEASURE: | $0.00 |
| COUNTY: SAN DIEGO | SALES TAX RATE: 7.750 TAX: Merchandise - N LABOR - N | INSTALL TOTAL DUE: | $818.01 |
| PHONE: (858) 454-1508 | ALTERNATE PHONE: (858) 999-9999 | | |

INSTALLER SPECIAL INSTRUCTIONS: INSTALL WILL BE IN GARAGE. THANK YOU

NOT VALID FOR MERCHANDISE CARRY-OUT

*** CONTINUED ON NEXT PAGE ***

Exhibit B
Page 5



* Indicates item markdown

SPECIAL SERVICES CUSTOMER INVOICE - Continued    Last Name: STANFORD    Page 2 of 3 **No. 0680-40821**

**INSTALLATION #1** (Continued)

REF #101

ESTIMATED INSTALL BEGIN DATE: 05/29/2007    ESTIMATED INSTALL END DATE: 05/30/2007

**BASIC INSTALLATION LABOR INCLUDES:**

...INSTALLATION PURCHASED BEFORE 2PM MONDAY THRU FRIDAY OR BY 12 NOON SATURDAY WILL BE INSTALLED SAME DAY. INSTALLATIONS PURCHASED AFTER 2PM MONDAY THRU FRIDAY WILL BE INSTALLED THE FOLLOWING DAY, OTHERWISE EMERGENCY FEES WILL APPLY.

...AN EMERGENCY IS ANY INSTALLATION DONE ON THE SAME DAY WHEN THE CUT-OFF TIME PERIOD HAS NOT BEEN MET.

...DELIVERY OF NEW WATER HEATER.

...REMOVAL OF EXISTING UNIT AND HAUL AWAY FOR DISPOSAL (STONE-LINED TANKS EXCLUDED).

...INSTALLATION OF NEW WATER HEATER OF THE SAME SIZE, INSTALLED IN THE SAME UNOBSTRUCTED AREA (NOT TO EXCEED 50 GALLONS) AND RECONNECT TO EXISTING GAS, ELECTRIC, WATER AND VENTING LINES (IF IN COMPLIANCE WITH CURRENT CODES).

...AND UP TO 5' OF DISCHARGE TUBE, GAS AND/OR WATER PIPE TO COMPLETE INSTALL.

...BASIC INSTALL INCLUDES: WATER HEATER, WATER FLEX LINES, GAS WATER LINE, GAS SHUT OFF VALVE, BRASS NIPPLES PIPE INSULATION, COPPER PIPE UP TO 10 FEET AND FITTINGS FOR P & T DRAIN.

...INSTALLER TRAVEL WITHIN 30 MILES OF THE STORE.

...TESTING OF NEW WATER HEATER TO ENSURE PROPER OPERATION - CHECK FOR LEAKS AND IN FULL WORKING ORDER BEFORE INSTALLER LEAVES THE JOBSITE.

...FINAL JOBSITE CLEAN-UP & WALK THROUGH WITH CUSTOMER.

...PERMIT FEE NOT INCLUDED, SEE OPTIONS FOR LIST OF CITIES AND PRICING.

**UNLESS STATED ABOVE THIS INSTALLATION DOES NOT INCLUDE:**

...ANY ADDITIONAL PARTS OR LABOR TO BRING THE INSTALLATION UP TO CODE

...INSTALLATION OF NEW WATER HEATER IN DIFFERENT LOCATION THAN EXISTING UNIT

...INSTALLATION OF POWER VENT

...CONVERSION FROM OIL, GAS LP, ELECTRIC

...INSTALLATION OF NEW FLUE VENT OR VENT PIPE CONVERSION TO MEET CODE

**SPECIAL NOTES:**

***BEFORE YOUR INSTALLATION***

|

***WHAT DO I NEED TO KNOW ABOUT MY INSTALLATION BEFORE THE INSTALLER ARRIVES***

|

...WATER SERVICE MAY BE INTERRUPTED FOR UP TO TWO HOURS.

...NO WORK WILL BE PERFORMED ON LEGAL HOLIDAYS.

...THE CUSTOMER OR AN ADULT REPRESENTATIVE (OVER THE AGE OF 18) MUST BE PRESENT AT THE TIME OF INSTALLATION.

...CUSTOMER UNDERSTANDS THERE MAY BE ADDITIONAL CHARGES TO

|

***Included in the price of your installed GE SmartWater water heater with 6, 9, or 12 year limited warranty is a Service Protection Plus extended service plan. Each expert installation through The Home Depot of a GE SmartWater water heater with 6 year limited warranty will include a 6 year full in-home warranty on tank, functional parts and labor. Each installation of a GE SmartWater water heater with 9 year limited warranty will include a 9 year full in-home warranty on tank, functional parts, and labor. Each

*** CONTINUED ON NEXT PAGE ***

Exhibit B
Page 6

SPECIAL SERVICES CUSTOMER INVOICE - Continued

Last Name: STANFORD

Page 3 of 3 No. 0680-40821

## INSTALLATION #1
(Continued)

REF #181

ESTIMATED INSTALL BEGIN DATE: 05/29/2007 ESTIMATED INSTALL END DATE: 05/30/2007

BRING EXISTING PLUMBING UP TO CODE AND CAN ONLY BE QUOTED AFTER INSTALLER ARRIVES ON JOB SITE.

...HOME DEPOT INSTALLERS ARE PROHIBITED FROM PERFORMING ANY INSTALLATIONS IN WHICH, IN THE INSTALLERS OPINION WOULD BE UNSAFE OR A VIOLATION OF LOCAL/STATE CODES.

***WHAT DO I NEED TO DO BEFORE INSTALLER ARRIVES?***

...CLEAR AREA AROUND WATER HEATER FROM ANY OBSTRUCTIONS.

...INSTALLATION WILL NOT TAKE PLACE WITHOUT A PERMIT (WHERE REQUIRED)

installation of a GE SmartWater water heater with 12 year limited warranty will include a lifetime full in-home warranty** on tank, functional parts, and labor. Service Protection Plus and SmartWater are trademarks of the General Electric Company. **Lifetime warranty is not transferable.

END OF INSTALL #1

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| | |
|---|---|
| ORDER TOTAL | $816.01 |
| SALES TAX | $0.00 |
| TOTAL | $816.01 |
| AMOUNT PAID | $816.01 |
| BALANCE DUE | $0.00 |

END OF ORDER No. 0680-408218

Exhibit B
Page 7