# Exhibit B



"Patrick N. Keegan, Esq."
<pkeegan@kmb-law.com>
02/07/2008 11:22 PM

To "'Mark Cramer'" <mcramer@kirkland.com>
cc "'Linda Bassett'" <lbassett@kirkland.com>
bcc
Subject RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Mark: While I stand by my assertion that the invoice you submitted in support of Home Depot's motion to dismiss falsely states that charged, I did not agree to a unilateral exchange of Plaintiff's documents. I have repeatedly requested that the parties make a mutual exchange. You have refused. I am willing to further discuss these issues with you at a more civilized hour. Note, the only documents I did agree to produce was the CLRA demand letters and return receipts which I previously faxed to Linda on or about January 4th.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

**From:** Mark Cramer [mailto:mcramer@kirkland.com]
**Sent:** Thursday, February 07, 2008 11:04 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** Linda Bassett
**Subject:** RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Patrick,

Why did you delete the reference we included that you agreed to produce a copy of Plaintiff's invoice and proof of what he actually paid? When we talked earlier this evening, you agreed to provide that to us. I don't understand why you're deleting it now. Also, the assertion you added to the report that the exchange of information on this issue is somehow one-sided is not accurate. You already have a copy of Mr. Stanford's invoice from Home Depot's files because we attached it to our motion. On the other hand, you didn't attach a copy of Mr. Stanford's invoice to your complaint and we haven't seen a copy of the document that he has in his possession. That's what we discussed earlier and you agreed to send me a copy of the invoice and proof of the amount Mr. Stanford actually paid in order to show whether he was overcharged. Are you changing your position?

Please get back to me as soon as possible. We have less than an hour to finalize this and file it. I'm in my office.

Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer

"Patrick N. Keegan, Esq."
<pkeegan@kmb-law.com>

02/07/2008 10:46 PM

To "'Linda Bassett'" <lbassett@kirkland.com>
cc "'Mark Cramer'" <mcramer@kirkland.com>, "'Stacy Johnson'" <sjohnson@kmb-law.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Linda: Attached hereto is my revised draft (making changes which I believe is consistent with my conversation with Mark) which I am willing to sign. Shall I fax my signature to you or Mark?

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Linda Bassett [mailto:lbassett@kirkland.com]
**Sent:** Thursday, February 07, 2008 9:42 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** 'Mark Cramer'; 'Stacy Johnson'
**Subject:** Stanford v. Home Depot Rule 26 Report - Final Draft

Hi Patrick,

Attached, please find the final draft of the Rule 26 Report, with changes incorporated from our discussion earlier this evening. If you have any edits, please give me a call so that we can discuss and expedite the filing. If you have no changes, please sign and fax the signature page.

Thank you,

**Linda Bassett | Kirkland & Ellis LLP**
777 S. Figueroa St., Suite 3700 | Los Angeles, CA 90017
(213) 680-8152 **DIRECT** | (213) 808-8160 **DIRECT FAX**
lbassett@kirkland.com **EMAIL**

"Patrick N. Keegan, Esq."
<pkeegan@kmb-law.com>

02/07/2008 05:24 PM

To "'Mark Cramer'" <mcramer@kirkland.com>
cc "'Linda Bassett'" <lbassett@kirkland.com>, "'Stacy Johnson'" <sjohnson@kmb-law.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Sure. I have a prior commitment that I am running late for, but how about 6:50 p.m.? Call my cell 619-867-2159.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Mark Cramer [mailto:mcramer@kirkland.com]
**Sent:** Thursday, February 07, 2008 5:04 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** 'Linda Bassett'

**Subject:** RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Patrick,

I've reviewed your changes and there are some issues we should discuss before finalizing this. Are you available to talk this evening?

-- Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer

"Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>

02/07/2008 04:06 PM

To "'Linda Bassett'" <lbassett@kirkland.com>

cc "'Mark Cramer'" <mcramer@kirkland.com>

Subject RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Linda: Attached hereto is my revised draft of the joint Rule 26f report. Once you have made your final edits, please send it to me for my signature.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

**From:** Linda Bassett [mailto:lbassett@kirkland.com]

**Sent:** Thursday, February 07, 2008 2:15 PM
**To:** pkeegan@kmb-law.com
**Cc:** Mark Cramer
**Subject:** Stanford v. Home Depot Rule 26 Report - DRAFT

Patrick,

Attached please find our draft of the Rule 26 Report to be jointly filed this afternoon. In light of our short time frame for filing, your prompt attention to the Report is much appreciated. Please insert your edits, e-mail the document back to me for final formatting and review, and fax a signed copy of the signature page.

Sincerely,

**Linda Bassett | Kirkland & Ellis LLP**
777 S. Figueroa St., Suite 3700 | Los Angeles, CA 90017
(213) 680-8152 **DIRECT** | (213) 808-8160 **DIRECT FAX**
lbassett@kirkland.com **EMAIL**

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************

**********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************