# Exhibit 1

```
SVSORDER              HOME DEPOT - STORE 0680        VIEW     03/07/2008
th                            Order                            13:45:51

Name STANFORD, RICHARD                          Revision  0 Order 408218
```

ORDER MARKDOWN SUMMARY

| | Ref # | SKU | Item / Service Desc | Create Date | Validatn Date | Previous Price Ea | Markdown Each |
|---|---|---|---|---|---|---|---|
| █ | I01 | 133-194 | F/I WATER HEATERS | 05/30/07 | 05/30/07 | 835.01 | 19.00 |

Order margin for costed items 7 %

Arrow up or down. Press ENTER to select.

Esc=Cancel F1=Help F6=Accept

Connected to isp.st0680.homedepot.com telnet

```
SVSORDER            HOME DEPOT - STORE 0680          VIEW     03/07/2008
th                          Order                             13:45:51

Name STANFORD, RICHARD                          Revision  0 Order 408218

                         VIEW MARKDOWN                 VIEW

  F/I WATER HEATERS

  User ID                 CSH860     Approving manager         MARK
  Reason code              5         Customer Satisfaction
  Additional description:
      CSH860 MARKING DOWN BY 19 DOLLARS CUST SAYS PERMIT WAS
      OVERCHARGED SD ONLY CHARGES 93 DOLLARS FOR EVERY PERMIT PER
      HIM

When finished, press F6

Esc=Cancel  F1=Help  F6=Accept
```

Connected to isp.st0680.homedepot.com telnet