# Exhibit 2

SVSORDER HOME DEPOT - STORE 0680 VIEW 03/07/2008
th Order Recap 13:47:16

Name STANFORD, RICHARD Revision 0 Order 408218

PAYMENT HISTORY VIEW

| Date | Time | Amount | Transaction | Method of payment |
|---|---|---|---|---|
| 5/29/2007 | 13:48 | 835.01 | 00017 16414 | AMERICAN EXPRESS |
| 05/30/2007 | 15:26 | 816.01 | 00016 60893 | CASH |
| 05/30/2007 | 15:27 | -19.00 | 00016 60901 | AMERICAN EXPRESS |
| 05/30/2007 | 15:27 | -816.01 | 00016 60901 | CASH |

Esc=Cancel F1=Help F6=Accept F7=Page Up F8=Page Dwn

Connected to isp.st0680.homedepot.com telnet

Exhibit 2
Page 8