**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case: Stanford v. Home Depot    Case No: 07cv2193-LAB (WMc)

HON. Larry A. Burns    CT. DEPUTY (n/a)    Rptr. (n/a)

Present

Plaintiff(s): No appearance.

Defendant(s): No appearance.

Pursuant to Civil Local Rule 7.1.(d), the court finds the issues presented in defendant's Motion To Dismiss appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for March 17, 2008 is ***off-calendar***, and the matter is under submission.

DATED: March 12, 2008    INITIALS: RLW Law Clerk