# Exhibit D

Mark Cramer/Los Angeles/Kirkland-Ellis
02/08/2008 12:07 AM

To "Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>
cc Linda Bassett/Los Angeles/Kirkland-Ellis@K&E
bcc
Subject Fw: Stanford v. Home Depot Rule 26 Report - Final Draft

Patrick,

I'm at a loss. When we talked earlier tonight, you agreed to provide your client's copy of his invoice, as well as evidence of the amount he actually paid for his water heater, installation, and permit (such as a credit card receipt). You didn't make that promise on the condition that Home Depot provide some sort of discovery in return. Indeed, we discussed how you already had a copy of the invoice from Home Depot's files because it was attached to Home Depot's moving papers. Moreover, you didn't identify or request any additional documentation you needed from Home Depot in order to verify the amount that your client was charged and actually paid for the transaction at issue in this case.

You've made very serious allegations against Home Depot today, going so far as to accuse the company of "perjuring itself" and "falsifying" the invoice document it submitted with its motion to dismiss. I do not take those allegations lightly, which is why I asked you to send me your client's copy of the invoice as soon as possible to see how, if at all, the two invoices differ. You agreed to provide that information when we talked, but at some point between our conversation and the deadline for filing the joint report, you seem to have changed your mind. You didn't respond to my voicemail or my email below before the filing deadline passed, so we went ahead and filed the version of the joint report you previously signed, despite the fact that that version includes a change you made to *Home Depot's* portion of the joint report and despite the fact that the sentence you deleted from Home Depot's section was accurate.

You and I should talk tomorrow. I hope what happened today is an isolated occurrence and not your standard practice.

-- Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer
----- Forwarded by Mark Cramer/Los Angeles/Kirkland-Ellis on 02/07/2008 11:45 PM -----

Mark Cramer/Los Angeles/Kirkland-Ellis
02/07/2008 11:30 PM

To "Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>
cc "'Linda Bassett'" <lbassett@kirkland.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Patrick,

I agreed to work with you to resolve any discrepancies with respect to the invoice. You have the copy of the invoice from our files and you agreed to provide us with the copy from your client. I haven't refused to a "mutual exchange" of documents. I've refused to engage in full blown initial disclosures and discovery while our motion is pending. Having said that, I'm willing to cooperate with you (including exchanging limited and focused types of documents) to get to the bottom of your overcharge claim. Are you reneging on your agreement to send us a copy of Mr. Stanford's invoice and proof of the amount he paid? I don't understand your reluctance to provide that to us. You could have sent us the document in less time than we've spent having this email exchange.

As far as the CLRA letter is concerned, we don't have a copy of the letter. If you sent it on January 4, 2008, we can't seem to locate it. I appreciate your willingness to send us another copy.

Please call me in my office so we can cut through this more efficiently and get the report filed on time.

Thanks,
Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer
"Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>



**"Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>**
02/07/2008 11:22 PM

To "'Mark Cramer'" <mcramer@kirkland.com>
cc "'Linda Bassett'" <lbassett@kirkland.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Mark: While I stand by my assertion that the invoice you submitted in support of Home Depot's motion to dismiss falsely states that charged, I did not agree to a unilateral exchange of Plaintiff's documents. I have repeatedly requested that the parties make a mutual exchange. You have refused. I am willing to further discuss these issues with you at a more civilized hour. Note, the only documents I did agree to produce was the CLRA demand letters and return receipts which I previously faxed to Linda on or about January 4th.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Mark Cramer [mailto:mcramer@kirkland.com]
**Sent:** Thursday, February 07, 2008 11:04 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** Linda Bassett
**Subject:** RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Patrick,

Why did you delete the reference we included that you agreed to produce a copy of Plaintiff's invoice and proof of what he actually paid? When we talked earlier this evening, you agreed to provide that to us. I don't understand why you're deleting it now. Also, the assertion you added to the report that the exchange of information on this issue is somehow one-sided is not accurate. You already have a copy of Mr. Stanford's invoice from Home Depot's files because we attached it to our motion. On the other hand, you didn't attach a copy of Mr. Stanford's invoice to your complaint and we haven't seen a copy of the document that he has in his possession. That's what we discussed earlier and you agreed to send me a copy of the invoice and proof of the amount Mr. Stanford actually paid in order to show whether he was overcharged. Are you changing your position?

Please get back to me as soon as possible. We have less than an hour to finalize this and file it. I'm in my office.

Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer

"Patrick N. Keegan, Esq."
<pkeegan@kmb-law.com>

02/07/2008 10:46 PM

To "'Linda Bassett'" <lbassett@kirkland.com>
cc "'Mark Cramer'" <mcramer@kirkland.com>, "'Stacy Johnson'" <sjohnson@kmb-law.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - Final Draft

Linda: Attached hereto is my revised draft (making changes which I believe is consistent with my conversation with Mark) which I am willing to sign. Shall I fax my signature to you or Mark?

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your

system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Linda Bassett [mailto:lbassett@kirkland.com]
**Sent:** Thursday, February 07, 2008 9:42 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** 'Mark Cramer'; 'Stacy Johnson'
**Subject:** Stanford v. Home Depot Rule 26 Report - Final Draft

Hi Patrick,

Attached, please find the final draft of the Rule 26 Report, with changes incorporated from our discussion earlier this evening. If you have any edits, please give me a call so that we can discuss and expedite the filing. If you have no changes, please sign and fax the signature page.

Thank you,

**Linda Bassett | Kirkland & Ellis LLP**
777 S. Figueroa St., Suite 3700 | Los Angeles, CA 90017
(213) 680-8152 **DIRECT** | (213) 808-8160 **DIRECT FAX**
lbassett@kirkland.com **EMAIL**

"Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>

02/07/2008 05:24 PM

To "'Mark Cramer'" <mcramer@kirkland.com>
cc "'Linda Bassett'" <lbassett@kirkland.com>, "'Stacy Johnson'" <sjohnson@kmb-law.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Sure. I have a prior commitment that I am running late for, but how about 6:50 p.m.? Call my cell 619-867-2159.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line

858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Mark Cramer [mailto:mcramer@kirkland.com]
**Sent:** Thursday, February 07, 2008 5:04 PM
**To:** Patrick N. Keegan, Esq.
**Cc:** 'Linda Bassett'
**Subject:** RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Patrick,

I've reviewed your changes and there are some issues we should discuss before finalizing this. Are you available to talk this evening?

-- Mark

**Mark T. Cramer | Kirkland & Ellis LLP**
777 South Figueroa Street • 39th Floor | Los Angeles, CA 90017
213.680.8412 **direct** | 213.680.8500 **fax** | mcramer@kirkland.com **email**
http://www.kirkland.com/mcramer

"Patrick N. Keegan, Esq." <pkeegan@kmb-law.com>

02/07/2008 04:06 PM

To "'Linda Bassett'" <lbassett@kirkland.com>
cc "'Mark Cramer'" <mcramer@kirkland.com>
Subject RE: Stanford v. Home Depot Rule 26 Report - DRAFT

Linda: Attached hereto is my revised draft of the joint Rule 26f report. Once you have made your final edits, please send it to me for my signature.

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640

San Diego, California 92122
858-552-6752 - Direct line
858-552-6750 - Main line
858-552-6749 - Facsimile

PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please delete the message from your system and contact the sender by reply e-mail or telephone at (858) 552-6750 as soon as possible. Thank you.

---

**From:** Linda Bassett [mailto:lbassett@kirkland.com]
**Sent:** Thursday, February 07, 2008 2:15 PM
**To:** pkeegan@kmb-law.com
**Cc:** Mark Cramer
**Subject:** Stanford v. Home Depot Rule 26 Report - DRAFT

Patrick,

Attached please find our draft of the Rule 26 Report to be jointly filed this afternoon. In light of our short time frame for filing, your prompt attention to the Report is much appreciated. Please insert your edits, e-mail the document back to me for final formatting and review, and fax a signed copy of the signature page.

Sincerely,

**Linda Bassett | Kirkland & Ellis LLP**
777 S. Figueroa St., Suite 3700 | Los Angeles, CA 90017
(213) 680-8152 DIRECT | (213) 808-8160 DIRECT FAX
lbassett@kirkland.com EMAIL

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of

Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************