Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant. | Case No. 07-CV-2193 LAB (WMC)<br>CLASS ACTION<br>Assigned to: The Hon. Larry A. Burns<br><br>**PROOF OF SERVICE**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I hereby certify that I have electronically filed the foregoing **PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6); DECLARATION OF PATRICK N. KEEGAN IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; and DECLARATION OF RICHARD STANFORD IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system.

/ / /

/ / /

/ / /

/ / /

I further certify that I have mailed by United States Postal Service and e-mailed the document to the address below:

Mark T. Cramer, Esq.
mcramer@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8400
Fax: (213) 680-8500

Executed April 21, 2008 at San Diego, California.

s/ Patrick N. Keegan
**Patrick N. Keegan**