Patrick N. Keegan, Esq. (SBN: 167698)
Brent Jex, Esq. (SBN: 235261)
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, California 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Attorneys for Representative Plaintiff
RICHARD STANFORD

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STANFORD, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation;<br><br>Defendant. | Case No. 07-CV-2193 LAB (WMC)<br><br>Assigned to: The Hon. Larry A. Burns<br><br>**DECLARATION OF RICHARD STANFORD IN SUPPORT OF SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 9 |

I, Richard Stanford, hereby declare as follows:

1. I am the named plaintiff in the above entitled class action. If called as a witness, I could and would testify competently thereto. Pursuant to the Court's April 8th and April 23rd Orders, I submit this Declaration in support of my supplemental memorandum of points and authorities in opposition to Defendant Home Depot U.S.A., Inc.'s motion to dismiss.

2. On May 29, 2007, I went to the Home Depot store located at 4255 Genesee Avenue, San Diego, California (the "Store") with the intention of purchasing a hot water heater for my residence. When I was at the Store I saw and read Home Depot's two advertisements for water heaters and their installation posted in the Store's aisle for water heaters, reflected in the photographs attached hereto as Exhibit 1. (On April 25, 2008, I visited the Store and saw that those two advertisements have been removed.) In reliance

upon Home Depot's two advertisements. I had the reasonable expectation that if I paid for a hot water heater, delivery, installation, and a "permit fee," I would indeed receive both the purchase, delivery and installation of a hot water heater, and any and all required permits relating to the installation of the hot water heater in my residence, and that Home Depot would take all necessary steps to obtain, acquire, prepare, file, apply for, or otherwise cause to be recorded with the city of San Diego, all the required permits relating to the installation of the hot water heater in my residence within a reasonable time. In reliance upon Home Depot's two uniformed advertisements, on May 29, 2007, I paid the sum of $835.01 to Home Depot for a bundled package of goods and services that I reasonably believed was to include both the purchase, delivery and installation of the hot water heater, and the acquisition of any and all required permits relating to the installation of the hot water heater.

3. On May 30, 2007, the hot water heater I purchased at the Store was installed in my home. When I asked the Home Depot installer about the permit and inspection, he stated that he knew nothing about any permit requirements and suggested that I call "La Jolla City Hall." On that same day, I called the City of San Diego and learned that (1) the true price of permit for the removal and replacement of a gas water heater was $93.00 and not $112.00 as charged, and that (2) an inspection of the installation of a new gas water heater in my home could not be scheduled until a permit was issued. I returned to the Store to inquire as to the overcharge and the status of issuance of my permit. During my May 30th visit, a "manager" of the Store conceded that I had been overcharged for the permit fee and agreed to issue me a credit.

4. At no time prior to the filing of Defendant's motion to dismiss on January 7, 2008, was I ever informed that any permit for the removal and replacement of a gas water heater at my residence had been issued. In fact, to date, Defendant has never notified me that a permit had been issued on September 13, 2007 or on any other date; the Store has never notified me that a permit had been issued on September 13, 2007 or on any other date; and the City of San Diego has never notified me that a permit had been issued on September 13, 2007 or on any other date. Moreover, no inspections of the removal and replacement of a gas

water heater at my residence have been conducted by the City of San Diego.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and this declaration is executed this 30th day of April, 2008, in San Diego, California.

Richard Stanford