
AT-HOME SERVICES
Professional Installation Available
Water Heater
Installed for
$299.00
Call 1-800-HOME DEPOT
Basic Installation Includes
Delivery of hot water heater
Haul-away of old hot water heater
Earthquake straps and foam insulation included
Permit fee additional


AT-HOME SERVICES
Available
Water Heater Installations:
Did You Know ???
For the safety of your family and home, if your current water heater does not meet local code requirements.....
Additional costs will be necessary to bring your installation "up to code."
Some of the most frequent requirements include.....
3) If the water shut-off valve doesn't operate properly, the valve must be replaced. The replacement of this valve (material and labor) is required at an additional cost.
4) Venting the water heater. Typically, a new water heater will not be the same dimensions as the old unit. This size difference will require modifying your existing venting. Typical straight venting modifications run between $5.00- $8.00 per foot (depending on the type of existing vent pipe).
Note: Additional costs may occur depending on the specific requirements for your

EXHIBIT 1