**DECLARATION OF LINDA C. BASSETT**

I, Linda C. Bassett, hereby declare:

1. I am an attorney of law licensed to practice in the State of California. I am an attorney with the law firm of Kirkland & Ellis, LLP, counsel of record herein to Defendant Home Depot U.S.A., Inc. ("Home Depot"). I make this declaration in support of Defendant Home Depot's Supplemental Brief Regarding Plaintiff's Lack of Standing. I have personal knowledge of the following facts, and if called upon as a witness, I could and would competently testify to the matters stated herein.

2. On December 20, 2007, I telephoned the City of San Diego Development Services department by finding a general contact number on the department's website, available at http://www.sandiego.gov/development-services. I told the person who answered my call that I was trying to find out if a water heater permit had been issued for a particular address. I was transferred to Bradley Snyder. I explained to Mr. Snyder that I wanted to find out if a permit had been applied for and/or issued for 5961 La Jolla Scenic South Drive. Mr. Snyder found the Approval Status Report for 5961 La Jolla Scenic South Drive on the City of San Diego Development Services department computer system. I asked Mr. Snyder to e-mail a copy of that Approval Status Report to my e-mail address, lbassett@kirkland.com. Later that day, Mr. Snyder e-mailed me a copy of the Approval Status Report for 5961 La Jolla Scenic South Drive. A true and correct copy of Mr. Snyder's e-mail and the Approval Status Report is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 7, 2008 at Los Angeles, California.

LINDA C. BASSETT