# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT HOME DEPOT U.S.A., INC.'S SUPPLEMENTAL BRIEF REGARDING PLAINTIFF'S LACK OF STANDING; DECLARATION OF LINDA C. BASSETT** was filed electronically on May 07, 2008, and will, therefore, be served electronically upon:

Patrick N. Keegan, Esq.
pkeegan@kmb-law.com
Brent Jex, Esq.
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122

Executed May 7, 2008, at Los Angeles, California

*/s/* Mark T. Cramer
Attorney for Defendant,
Home Depot U.S.A., Inc.
E-mail: mcramer@kirkland.com