# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Richard Stanford

             V.             **JUDGMENT IN A CIVIL CASE**

Home Depot U.S.A., Inc.

                      **CASE NUMBER:**   07cv2193 LAB(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss the First Amended Complaint in its entirety is granted on the ground the named putative class representative lacks standing to prosecute the action.

| May 27, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/P. Dela Cruz |
| | (By) Deputy Clerk |
| | ENTERED ON May 27, 2008 |

07cv2193 LAB(WMC)